| | | |
|---|---|---|
| People v Higgins | 4th Dept: 151 AD3d 1765 (Niagara) | denied 8/21/17 (Stein, J.) |
| People v Hill (Anthony) | App Div, 1st Dept: 2017 NY Slip Op 62653(U) (NY) | denied reconsideration 8/3/17 (DiFiore, Ch. J.) |
| People v Hill (Roger) | 1st Dept: 151 AD3d 535 (NY) | denied 8/2/17 (Fahey, J.) |
| People v Hill (Scott) | App Term, 1st Dept: 56 Misc 3d 126(A) (NY) | denied 8/11/17 (Wilson, J.) |
| People v Hill (Sean) | 1st Dept: 151 AD3d 479 (NY) | denied 8/16/17 (Stein, J.) |
| People v Hines | 1st Dept: 151 AD3d 522 (NY) | denied 8/16/17 (Stein, J.) |
| People v Holmes | 3d Dept: 151 AD3d 1181 (Ulster) | denied 8/16/17 (Rivera, J.) |
| People v Howie | 4th Dept: 149 AD3d 1497 (Erie) | denied 8/16/17 (Stein, J.) |
| People v Jackson | 2d Dept: 151 AD3d 746 (Nassau) | denied 8/31/17 (Fahey, J.) |
| People v Jacobs* | App Div, 3d Dept, 4/13/17 (Ulster) | denied 7/6/17 (Garcia, J.) |
| People v James* | 3d Dept: 147 AD3d 1211 (Albany) | denied 6/29/17 (Garcia, J.) |
| People v Javier | App Div, 1st Dept: 2017 NY Slip Op 74212(U) (NY) | denied 8/24/17 (Fahey, J.) |
| People v Jimenez (Geral) | 1st Dept: 144 AD3d 402 (NY) | denied 8/18/17 (Garcia, J.) |
| People v Jimenez (Jose)* | 2d Dept: 148 AD3d 1054 (Queens) | denied 6/29/17 (Garcia, J.) |
| People v Joaquin | 1st Dept: 150 AD3d 618 (Bronx) | denied 8/31/17 (Fahey, J.) |
| People v John | 2d Dept: 150 AD3d 889 (Queens) | denied 8/24/17 (Garcia, J.) |
| People v Johnson (Benzie)* | 2d Dept: 149 AD3d 780 (Kings) | denied 6/23/17 (Garcia, J.) |
| People v Johnson (Jermaine) | 3d Dept: 150 AD3d 1390 (Albany) | denied 8/11/17 (DiFiore, Ch. J.) |
| People v Johnson (Michelle) | 1st Dept: 151 AD3d 582 (NY) | denied 8/23/17 (Fahey, J.) |
| People v Johnson (Rohan) | App Div, 1st Dept: 2017 NY Slip Op 66400(U) (Bronx) | denied 8/15/17 (Garcia, J.) |
| People v Jones (Anthony) | App Div, 1st Dept: 2017 NY Slip Op 73911(U) (Bronx) | denied 8/16/17 (Garcia, J.) |
| People v Jones (Damian) | 1st Dept: 149 AD3d 407 (NY) | granted 8/14/17 (Garcia, J.) |

* Omitted from June 2017 list or July 2017 list, as indicated by decision date.